**LAW OFFICE OF GREGORY PEACOCK**
Gregory Peacock, ESQ. (SBN. 277669)
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

Attorneys for Plaintiff Eric Kretschmar

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KRETSCHMAR<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ORANGE; DONOVAN PERRY; STEPHEN AGUIERRE; MICHAEL RODGRIGUEZ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:<br><br>**DEMAND FOR JURY TRIAL** |

**COMES NOW** the Plaintiff Eric Kretschmar, pursuant to Civ. P. 39 (b) and demands a trial by jury in the above-captioned case.

Dated: June 19, 2026

*/s/ Gregory Peacock*________________
GREGORY PEACOCK