**LAW OFFICE OF GREGORY PEACOCK**
Gregory Peacock, ESQ. (SBN. 277669)
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

Attorneys for Plaintiff Eric Kretschmar

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KRETSCHMAR<br><br>Plaintiffs,<br><br>vs.<br>CITY OF ORANGE; DONOVAN PERRY; STEPHEN AGUIRRE; MICHAEL RODRIGUEZ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE OF INTERESTED PARTIES** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule of Court 4.6 (83.4.6), the Attorney for Plaintiff Eric Kretschmar, shows the following persons and entities:

| | |
|---|---|
| Defendant: CITY OF ORANGE | City Clerk's Office<br>City of Orange<br>300 E Chapman Avenue<br>Orange, CA 92866 |
| Defendant: DONOVAN PERRY | Orange Police Department<br>City of Orange<br>1107 N. Batavia Street<br>Orange, CA 92867 |
| Defendant: STEPHEN AGUIERRE | Orange Police Department<br>City of Orange<br>1107 N. Batavia Street<br>Orange, CA 92867 |
| Defendant: MICHAEL RODRIGUEZ | Orange Police Department<br>City of Orange<br>1107 N. Batavia Street<br>Orange, CA 92867 |

The undersigned, Gregory Peacock, counsel of record for Plaintiff Eric Kretschmar and certifies that the above listed parties have a direct, pecuniary interest in judgment that may be entered in the action or the cost of defense.

Dated: June 19, 2026

_/S/ *Gregory Peacock*_____________
Gregory Peacock
Lawyer for Plaintiffs