UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-01591-JVS-(PDx) Date: September 30, 2026

Title Eric Kretschner v. City of Orange et al.

---

Present: The Honorable: **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

| Damian Velazquez for Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: [IN CHAMBERS]** ORDER RE SCHEDULING DATES

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

**Jury Trial** **January 18, 2028, at 8:30 a.m.**
**Final Pretrial Conference** **November 29, 2027, at 11:00 a.m.**
File Findings of Fact Conclusions of Law not later than December 6, 2027
File Pretrial Documents not later than November 15, 2027
File motions in limine not later than November 01, 2027
**Discovery Cut-off** **August 30, 2027**
**Expert Discovery Cut-off** **October 25, 2027**
Initial disclosure of Experts not later than September 15, 2027
Rebuttal disclosure of Experts not later than October 15, 2027
**Law and Motion Cut-off** **October 25, 2027, at 1:30 p.m.**
Motions to be filed and served not later than September 27, 2026

Counsel informs the Court in the Rule 26f report that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR 2, before the courts Attorney Settlement Panel. The Court orders that any settlement discussions shall be completed not later than December 01, 2027. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide regarding settlement negotiations not later than seven (7) days after the settlement conference.

The Scheduling Conference, set for October 5, 2026, at 10:30 a.m. is ordered VACATED.

cc: ADR Coordinator